UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Holger E.T.H.,                                                        Civ. No. 25-3433 (PAM/JFD)

                       Petitioner,

v.                                                                                                    **ORDER**

Pamela Bondi, Attorney General;
Kristi Noem, Secretary, U.S.
Department of Homeland Security;
Department of Homeland Security;
Todd M. Lyons, Acting Director of
Immigration and Customs Enforcement;
Immigration and Customs Enforcement;
Sirce Owen, Acting Director for
Executive Office for Immigration
Review; Executive Office for
Immigration Review; Samuel Olson,
Acting Director, St. Paul Field Office
Immigration and Customs Enforcement;
Joel Brott, Sheriff of Sherburne County;

                       Respondents.

---

**IT IS HEREBY ORDERED that**:

1. Respondents must file an answer to Petitioner Holger E.T.H.'s Petition for a writ of habeas corpus (Docket No. 1 ("Petition")) within 14 days of this Order's date, certifying the cause and duration of his confinement and explaining why the writ should not be granted.[1]

---

[1] The Court notes that certain parts of the Petition appear to request relief before this action is finally resolved (for example, an order preventing Petitioner's transfer during the Petition's adjudication, an order requiring advance notice of any movement of Petitioner while this case is pending, and a request for his release before the merits are decided). (See,

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's confinement in light of the issues raised in the Petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to reply to Respondents' answer, he must file his reply within 14 days of the answer's filing. No additional submissions from either party will be allowed unless authorized by Court order.

4. Within five days from the date of this Order, if the United States Attorney's Office does not enter an appearance on behalf of Respondent Joel Brott, Sheriff of Sherburne County, the United States Attorney's Office shall also file a notice with the Court identifying the appropriate person or entity responsible for filing an Answer on behalf of Sheriff Brott.

Dated: September 2, 2025

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge

---

e.g., Pet. ¶¶ 5–7, at 28-29.)  To the extent that counsel for Petitioner seek any emergency injunctive relief, the Court reminds them of the requirements of, e.g., Local Rule 7.1(d).