UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Holger E.T.H., | Civ. No. 25-3433 (PAM/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Immigration and Customs Enforcement; Sirce Owen, Acting Director for Executive Office for Immigration Review; Executive Office for Immigration Review; Samuel Olson, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; and Joel Brott, Sheriff of Sherburne County; | |
| Respondents. | |

This matter is before the Court on the parties' Stipulation of Dismissal. (Docket No. 23.)

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, and without costs or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 7, 2026

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge