# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Holger Euclides Tapuy Huatatoca,

                    Petitioner(s),

v.                                               Case Number: 25-cv-3433 PAM/DLM

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Sirce Owen, Executive Office for Immigration Review, Samuel Olson, Joel Brott,

                    Respondent(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED with prejudice**, and without costs or attorney's fees to any party.

Date: 1/7/2026                                                          KATE M. FOGARTY, CLERK